# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RAYMOND E. ADAMS, II                         PLAINTIFF

v.                    No. 3:17-cv-35-DPM

USA                                            DEFENDANT

## ORDER

1. Adams's motion to proceed *in forma pauperis*, № 1, is granted. He can't afford the filing fee and has no income.

2. On screening, 28 U.S.C. § 1915(e)(2), Adams's complaint will be dismissed without prejudice as frivolous. He says many things, but none of them amount to a claim that this Court can address. *Denton v. Hernandez*, 504 U.S. 25, 32–33 (1992). And in copyright terms, ancient texts are in the public domain. 17 U.S.C. § 304.

3. His motion for appointed counsel, № 3, is denied as moot.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

7 March 2017