IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RAYMOND E. ADAMS, II                                          PLAINTIFF

v.                          No. 3:17-cv-35-DPM

USA                                                            DEFENDANT

JUDGMENT

Adams's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 March 2017